M. P. No. 75-27. KIM E. HARVEY, *a minor by Her Natural Guardian and Next Friend, Her Mother,* MARY ANN HARVEY,

*et al. v.* CLARK SAMMARTINO *et al.* This is a petition for writ of certiorari to review a Superior Court order granting the plaintiffs' motion to vacate a default judgment under Super. R. Civ. P. 60(b). Absent unusual circumstances, we will not review such an order on appeal or by writ of certiorari, and no such unusual circumstances exist in this case. *Griffin v. Rahill,* 112 R. I. 549, 313 A.2d 374 (1973); *Giarrusso v. Corrigan,* 108 R. I. 471, 276 A.2d 750 (1971). Petition for writ of certiorari is denied accordingly. *Hawkins & Hoopis, Harry J. Hoopis,* for plaintiffs-respondents. *Hanson, Curran, Bowen & Parks, Kenneth R. Neal,* for defendants-petitioners.